IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| PNC Bank, National Association, successor in interest via merger to National City Bank, successor in interest via merger to Mid America Bank, FSB, successor in interest via merger to EFS Bank,<br><br>                      Plaintiff,<br><br>v.<br><br>Diamond Team Realty, Inc., an Illinois corporation; Jesus Berreles; Norma L. Berreles; First American Bank, as Trustee Under Trust Agreement Dated August 19, 2008 and known as Trust Number 1-08-121; Beneficiaries of Trust Agreement dated August 19, 2008 and known as Trust Number 1-08-121; Country Homes at Kimball Farms Condominium Association; Giovanni Moran; Virginia Moran; Kingsport Homeowners Association;<br><br>                      Defendants. | Case No. 13 cv01849<br><br>Assigned Judge: Matthew F. Kennelly<br><br>Magistrate Judge: Susan E. Cox |

### MOTION FOR JUDGMENT OF FORECLOSURE AND SALE

NOW COMES the Plaintiff, PNC Bank, National Association, successor in interest via merger to National City Bank, successor in interest via merger to Mid America Bank, FSB, successor in interest via merger to EFS Bank by its attorneys Crowley & Lamb, P.C., and moves the Court for the entry of a Judgment of Foreclosure and Sale in its favor and against the Defendant(s):

    Jesus Berreles;

    Norma L. Berreles;

    First American Bank, as Trustee under Trust Agreement dated August 19, 2008 and known as Trust number 1-08-121;

    Beneficiaries of Trust Agreement dated August 19, 2008 and known as Trust Number 1-08-121;

    Country Homes of Kimball Farms Condominium Association;

    Giovanni Moran;

    Virginia Moran; and

    Kingsport Homeowners Association

and as grounds thereof state:

As appears from the Affidavit of Plaintiff placed on file in support of this Motion attached hereto as Exhibit "A", and from the pleadings and admissions on file, there is no genuine issue as to any material fact, and the Plaintiff is entitled to a Judgment of Foreclosure and Sale in this case as a matter of law.

                PNC Bank, National Association, successor in interest via merger to National City Bank, successor in interest via merger to Mid America Bank, FSB, successor in interest via merger to EFS Bank

                By: /s/ James D. Major
                      One of Its Attorneys

James M. Crowley (ARDC#6182597)
James D. Major (ARDC#6295217)
CROWLEY & LAMB, P.C.
221 N. LaSalle Street, Suite 1550
Chicago, Illinois 60601
(312) 670-6900
jcrowley@crowleylamb.com
jmajor@crowleylamb.com